**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MICHAEL CANNON, | ) ) ) C.A. No. 1:26-cv-00492-RGA |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| GEORGETOWN PROPERTIES, L.L.C., | ) ) ) |
| Defendant. | ) ) ) ) ) |

**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

WHEREAS, on February 28, 2026, Plaintiff Michael Cannon filed a Complaint (the "Complaint");

WHEREAS, the parties have conferred and agree that good cause exists to grant an extension of time for Defendant to prepare and file its response;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, subject to the approval of the Court, that the time for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint is extended up to and including June 16, 2026.

**MELUNEY ALLEMAN & SPENCE, LLC**

*/s/ Stephen A. Spence*
Stephen A. Spence (#5392)
1143 Savannah Rd., Suite 3-A
Lewes, DE 19958
(302) 551-6740
stephen.spence@maslawde.com

*Counsel to Plaintiff Georgetown Properties, LLC*

**JACOBS & CRUMPLAR, P.A.**

*/s/ Courtney R. Prinski*
Courtney R. Prinski, Esq. (#5432)
*Of Counsel*
10 Corporate Circle, Suite 301
New Castle, DE  19720
(302) 656-5445
CourtneyP@jcdelaw.com

and

Ku & Mussman, P.A.
18501 Pines Blvd., Suite 362
Pembroke Pines, FL  33029
(305) 891-1322
louis@kumussman.com
eyna@kumussman.com

*Counsel to Plaintiff Michael Cannon*



      **SO ORDERED** this ____ day of _____, 2026.


_____
UNITED STATES DISTRICT JUDGE